

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

*Schuylkill, Minersville, PA 17954-0700*

November 3, 2005

U.S. Attorneys Office
Financial Litigation Unit
Suite 220, Federal Building
228 Walnut Street
Harrisburg, PA 17108-1754

RE: SANCHEZ, Angel
Reg. No.: 10869-067
Docket No.: 1:00-CR-0300-04

To whom it may concern:

Inmate Sanchez is currently serving his 120 month term of imprisonment here at FCI Schuylkill. Judge Rambo imposed a $100 felony assessment, and restitution in the amount of $4,221.25, ordered to be paid joint and severally by inmate Sanchez and his two co-defendants, Christopher Ames, and Ahmad Walker.

To date, and according to our records, inmate Sanchez has paid his $100 felony assessment, and $1,160.73 toward his restitution. By my calculations, his several amount of the restitution, or one third, would be $1,407.08. Therefore, he owes a balance of $246.35 on the restitution severally. Inmate Sanchez is maintaining 50% Unicor monthly wage payments toward the resititution, and his monthly payments are now exceeding $60.

Inmate Sanchez requested that I contact your office to determine if he is still responsible to continue payments toward the restitution once his balance severally has been satisfied in the near future. If you require further information, please phone me at (570) 544-7252.

Sincerely,

J. Gudonis
Case Manager



**U.S. Department of Justice**

*Thomas A. Marino*
United States Attorney
Middle District of Pennsylvania
*Financial Litigation Unit*

| | | |
|---|---|---|
| *Wm. J. Nealon Federal Building*<br>235 N. Washington Ave.<br>Suite 311<br>Scranton, PA. 18503-0309<br>(570) 348-2800<br>FAX (570) 348-2822 | *Federal Building, Suite 220*<br>P.O. Box 11754<br>228 Walnut Street<br>Harrisburg, Pennsylvania 17108-1754<br>(717) 221-4482<br>FAX (717) 221-4582/221-2246 | *Herman T. Schneebeli Federal Building*<br>Suite 316<br>240 West Third Street<br>Williamsport, PA 17701-6465<br>(570) 326-1935<br>FAX (570) 326-7916 |
| Please respond to this office ☐ | Please respond to this office ☐ | Please respond to this office ☐ |

November 22, 2005

J. Gudonis, Case Manager
Federal Bureau of Prisons
FCI - SCHUYLKILL
P.O. Box 700
Minersville, PA 17954

    Re: SANCHEZ, ANGEL
        Reg. No. 10869-067

Dear Mr. Gudonis:

    Thank you for your letter dated November 3, 2005. Please be advised that the responsibility to pay a joint and several debt does not end until the entire amount is paid; it is not divided equally among the defendants. Accordingly, Mr. Sanchez is still liable for the total balance, less payments made by the other two (2) defendants.

    If there are any questions, please do not hesitate to contact me.

Very truly yours,

THOMAS A. MARINO
United States Attorney

CARROLL A. TERRUSO
Paralegal Specialist
Carroll.Terruso@usdoj.gov