IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-00-300-04**

**v.**

**ANGEL SANCHEZ**

# O R D E R

Before the court is a motion to sever Defendant's restitution order from his co-defendants. On August 30, 2002, Defendant was ordered to pay restitution in the amount of $4,221.25, jointly and severally with two co-defendants. At the present time, Defendant has paid his $100.00 assessment and $1,160.73 toward his several share of the restitution which would be $1,407.08.

This court recognizes that Defendant could be responsible for the entire amount of the restitution. In fairness to Defendant, however, his order of restitution will be amended. Counsel for the government has verbally concurred in this amendment.

**IT IS HEREBY ORDERED THAT**:

1) Defendant's motion to sever restitution from his co-defendants is **GRANTED**.

2) The restitution order of August 30, 2002 is amended as follows:

Defendant shall pay restitution in the amount of $1,407.88 and thereafter be relieved from any further restitution liability.

       3) This order does not affect the restitution order as to Defendants Christopher Ames and Ahmed Walker.

                                             s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

Dated: March 3, 2006.