IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-00-300-04 |
| v. | : |
| **ANGEL SANCHEZ** | : |

**FILED**
HARRISBURG, PA

MAR 1 6 2006

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### O R D E R

The court has been advised that the defendant captioned above has overpaid his portion of the restitution ordered in this case. Defendant's share of the restitution is $1,407.08. Defendant has paid $1,414.74. **IT IS THEREFORE ORDERED THAT** the Clerk of Court shall refund to the defendant, Angel Sanchez, the sum of $6.86.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 16, 2006.