IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-00-300-04 |
| v. | : **FILED** HARRISBURG, PA |
| **ANGEL SANCHEZ** | : MAR 27 2006 |
| | MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

### ORDER

**IT IS HEREBY ORDERED THAT** the order of March 16, 2006, in which the Clerk of Court is directed to refund to Defendant an overpayment of restitution, is amended to direct the Clerk of Court to refund Defendant's overpayment in the sum of $7.66.

SYLVIA H. RAMBO
United States District Judge

Dated: March 27, 2006.